[839 NE2d 892, 805 NYS2d 539]

RAFFAELE CIOCCA et al., Appellants, v SANG K. PARK et al., Respondents.

Decided October 20, 2005

APPEARANCES OF COUNSEL

*Mark A. Schneider*, Plattsburgh, for appellants.

*Law Office of Paul G. Hanson*, Albany (*Paul G. Hanson* of counsel), for respondents.

## OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs. We agree with the Appellate Division majority that plaintiff failed to properly demonstrate causation. Plaintiff did not lay an adequate foundation for the testimony of his experts that plaintiff's injuries were caused by acute trauma as a result of a motor vehicle accident. Accordingly, defendants' motion for a directed verdict was properly granted.

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.